UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62456-CIV-COHN/SELTZER

MICHAL HOLOVKA, via Assignment
of Claim from EURO FIRST CHOICE
ENTERPRISES, INC.,

      Plaintiff,

v.

OCEAN 4660, LLC, et al.,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** is before the Court upon Defendant Ocean 4660, LLC's Motion for

Attorneys' Fees [DE 16].  The Court has considered the motion, the attached

documentation [DE's 16-1, 16-2], and the record in this case, and is otherwise fully

advised in the premises.  The Court notes that Plaintiff Michal Holovka has not filed a

response and the time for doing so has passed.  Additionally, Defendant represents

that one month prior to filing this motion, its counsel submitted a copy of the motion to

Plaintiff, but Plaintiff "has made no attempt to respond, discuss or resolve these issues."

Mot. at 4; see also Correspondence to Plaintiff [DE 16-2].

In its motion, Defendant seeks fees associated with obtaining a discharge of a *lis*

*pendens* filed by Plaintiff as reflected in the Court's Order Granting Emergency Motion

to Discharge *Lis Pendens* [DE 12].  Florida Statute § 48.23 entitles Defendant to fees

incurred in obtaining the discharge of a *lis pendens*.  See Fla. Stat. § 48.23(3); S&T

Builders v. Globe Props., Inc., 944 So. 2d 302 (Fla. 2006); see also DiPilato v. Rudd &

Diamond, P.A. et al., Case No. 10-62492, DE 140 at 3-5 (S.D. Fla. filed on Dec. 22, 2010) (holding that a defendant was entitled to fees incurred in obtaining the discharge of a *lis pendens* under virtually identical circumstances to those in this case).

Defendant seeks fees in the total amount of $2,138.50, consisting of 9.1 hours of work at the rate of $235 per hour.  Upon review of the motion, each item listed in the time records [DE 16-1], and the attached correspondence [DE 16-2], the Court finds that $2,138.50 in fees is reasonable.  See also DiPilato, Case No. 10-62492, DE 140 at 6-7 (concluding that $235 per hour is a reasonable rate for Attorney Patrick Dahl, who is also counsel for Defendant in this case).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Ocean 4660, LLC's Motion for Attorneys' Fees [DE 16] is **GRANTED**.  The Court will enter a separate judgment for fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of March, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
Michal Holovka, *pro se*, via CM/ECF regular mail

2